**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **VIKTOR BALASHOV** | **CASE NO.  1:25-CV-1102 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM,** *ET AL.* | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure.

**THUS, DONE AND SIGNED** in Chambers this 10th day of December, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**